

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2021

No. 04-20-00051-CV

**MEDFINMANAGER, LLC,**
Appellant

v.

John **SALAS,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22706
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting: Rebeca C. Martinez, Chief Justice
    Luz Elena D. Chapa, Justice
    Lori I. Valenzuela, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court